COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Eileen Dolgener v. Steven Dolgener

Appellate case number:    01-17-00490-CV

Trial court case number:   2008-49730

Trial court:                 246th District Court of Harris County

Appellant, Eileen Dolgener, has filed a notice of appeal of the trial court's June 2, 2017 order in a suit to modify the parent-child relationship. Appellee, Steven Dolgener, has filed a motion to dismiss the appeal, asserting that it is moot because "[t]he June 2, 2017 conservatorship order is being relitigated in the current modification action" that is pending in the trial court and was set for trial on October 8, 2018. Appellant has not responded to appellee's motion, and neither party has advised the Court of the status of the trial court proceedings. *Cf. Blank v. Nuszen*, No. 01-13-01061-CV, 2015 WL 4747022, at *3 (Tex. App.—Houston [1st Dist.] Aug. 11, 2015, no pet.) (mem. op.) (holding appeal of modification order became moot when trial court rendered order in subsequent modification proceeding during pendency of appeal).

Accordingly, we abate the appeal pending resolution of the modification proceedings in the trial court. No later than **60 days from the date of this order**, the parties shall file a motion to reinstate and dismiss or otherwise dispose of the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the trial court proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal is abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                       X Acting individually     ☐ Acting for the Court

Date: October 23, 2018